| DISTRICT | OFF. | DOCKET NO. YR. | NUMBER | OR | FILING DATE MO. | DAY | YR. | J | NATURE SUIT | DIV. PTF | DEF | R 23 | $ DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0647 | 01 | 87 | 2640 | 01 | 10 | 07 | 87 | 02 | 442 | | | | 200. | 4720 | | 39035 | | 87 | 2640 |

C87-2640

CAUSE:

**PLAINTIFFS**

KONGTHONG, Jang, M.D.

**DEFENDANTS**

1. UNITED STATES OF AMERICA, et al
2. VETERANS ADMINISTRATION
3. TURNAGE, Thomas K., in his official capacity as Administrator, Veterans Administration
4. GRONVALL, John A., M.D., in his official capacity as Chief Medical Director, Veterans Administration
5. BOURKE, Michael, in his official Capacity as Chief of Personnel Services, Veterans Adm.
6. SIMPSON, Dale, M.D., in his official Capacity as Acting Chief of Staff, Veterans Adm.
7. THOMPSON, Eugene J., Individually and in his official capacity as Chief Medical Officer Veterans Adm.

**CAUSE**
**(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)**

28 U.S.C. §1331, 3 U.S.C. §4110, 5 U.S.C. §703 - improper revocation of the clinical privileges of a Veterans Administration physician without procedural due process

**ATTORNEYS**

John J. Horrigan
William H. Baughman,Jr.
WESTON,HURD,FALLON,PAISLEY & HOWLEY
2500 Terminal Tower
Cleveland,Ohio 44113-2241 (216) 241-6602

Richard J. French, AUSA
Steven D. Bell, AUSA
1404 E. 9th St.,Suite 500
Cleveland,Ohio 44114
(216) 363-3931
(216) 363-3925

Co-Counsel with #7
Henry A. Hentemann
2121 The Superior Bldg.
Cleveland, Oh 44114
241-3435

CUYAHOGA COUNTY

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | OCT - 7 1987 | #136541 120.00 | | JS-5 | 10/31/87 |
| | | | | JS-6 | |

KONGTHONG, Jang, M.D. vs U.S.A., et al

C87 2640 JUDGE KRENZLER

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10/7/87 | 1 | **COMPLAINT** for Preliminary & Permanent Injunction & Temporary Restraining Order filed. (31p)EB |
| 10/7/87 | | **SUMMONS** issued to Pltfs Atty with copies of complaints, Magistrate Consent Forms |
| 10/15/87 | 2 | **SUMMONS** returned & filed. -- served Eugene J. Thompson,M.D., Chief Medical Officer, V.A. on 10/9/87; served Dale Simpson, M.D., 10/14/87 - cert.mail served Michael Bourke, served Dale Simpson, M.D.,served Eugene J. Thompson, MM.D.,served Thomas K. Turnage, Administrator,served John A. Gronvall,M.D.,served V.A.,served U.S.Atty - all personal service through Patrick McLaughlin, U.S. Atty on 10/15/87 (9p)EB |
| 10/22/87 | 3 | **SUMMONS** returned & filed. -- served V.A., Served Thomas K. Turnage -served John A. Gronvall,M.D.,-- served U.S.Atty General 10/13/87 - cert.mail (4p)EB |
| 10/27/87 | 4 | **NOTICE** of Pltf., to take the Deposition of Deft.,Eugene J. Thompson,M.D., on 11/25/87 filed. c/m 10/26/87 (5p)EB |
| 11/12/87 | 5 | **NOTICE** of Initial Pretrial Conference set at 8:00 A.M. on 12/2/87 at Room 400 U.S. Courthouse filed. issued (1p)EB |
| 12/2/87 | 6 | **STANDING** Order re: preparation for trial, revised and effective 8/1/87 filed. Krenzler, J. Issued. (51 p) (12/3/87)(JAM) |
| 12/4/87 | 7 | **ORDER** that all discovery is to be completed on or before <u>3/7/87</u> filed. KRENZLER, J. Iss: 12/4/87 (noted 12/7/87) (1 p) ee |
| 12/17/87 | 8 | **NOTICE** of Pltf to take the depo of Ann Rafalowski,R.N. on 12/21/87. c/m 12/16/87 (2p)EB |
| 12/17/87 | 9 | **NOTICE** of Pltf to take the depo of Deft Eugene J. Thompson on 12/22/87. c/m 12/16/87 (5p)EB |
| 12/18/87 | 10 | **NOTICE** of Pltf to take depo of Ann Rafalowski, R.N. on 12/21/87. c/m 12/16/87 (2p)EB |
| 12/22/87 | 11 | **ORDER** re: reminder of disc cut-off date approaching. Krenzler,J.issd (1p) EB EOD 12/22/87 |
| 12/23/87 | 12 | (15) **MOTION** of deft USA for a prot ord w/memo. c/m 12/23/87 (6p)EB |
| 1/8/88 | 13 | (14) **MOTION** of Pltf to compel disc & for sanctions & opp to defts mot for protective order w/affvts & exhs & memo. (26p) EB |
| 1/14/88 | 14 | (13) **MARGINAL** entry Order granting mot of Pltf to compel disc & overruling mot for sanctions. Krenzler,J. c/i 1/14/88 EB EOD 1/14/88 |
| 1/14/88 | 15 | (12) **MARGINAL** entry Order overruling mot for protective order. There is no pending mot to dism. Krenzler,J. c/i 1/14/88 EB EOD 1/14/88 |
| 1/21/88 | 16 | **NOTICE** of Pltf to take the depo of Rody P. Cox,M.D. on 2/2/88 & Nathan Ross,M.D. on 2/2/88. c/d 1/20/88 (7p)EB |
| 1/21/88 | 17 | **NOTICE** of Pltf., to take the depo of Ann Rafalowski on 1/25/88,Barbara Spear 1/25/88; Armond Gwinn 1/26/88; Linda G. Keener,Nancy Charleston 1/26/88; Dorcie Jones 1/26/88, Miguel Avenido,M.D. 2/1/88 & Dale Simpson,M.D. on 2/1/88. c/d 1/20/88 (3p)EB issd 1/22/88 |
| 1/21/88 | 18 | **NOTICE** of Pltf to take the depo of Eugene J. Thompson,M.D. on 1/29/88. c/d 1/20/88 (5p)EB |
| 1/25/88 | 19 | **DEPOSITION SUBPOENA** retn. Srvd Linda G. Keener, Miguel Avenido, M.D., Nancy Charleston,R.N., Dorcie Jones, secy., Ann Rafalowski,R.N., Armond Gwinn, and Barbara Spear on 1/22/88 by Timothy D. Shaver, p.s. (7 p) ee |
| 1/28/88 | 20 | **ANSWER** of deft. USA. c/m 1/28/88 (5p)EB |
| 1/29/88 | 21 | (33) **MOTION** of Federal Defts for a protective order quashing subp d/t pur to R.26& R.45 w/memo & EXhs. c/m 1/29/88 (12p)EB |
| 2/4/88 | 22 | **RESPONSE** of Defts to mot to produce filed w/notice of depo of Dr.Thompson. c/m 2/4/88 (3p)EB |

- cont on next sheet -

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| KONGTHONG, JANG, M.D. | U.S.A. | DOCKET NO. 87-2640<br>PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2/11/88 | 23 | (24) MOTION of Pltf for an ext of time to resp to defts' mot for a protective order quashing subp d/t w/memo. c/m 2/11/88 (3p)EB |
| 2/18/88 | 24 | (23) MARGINAL entry Order granting motion of pltf an ext of time to & including 2/18/88 to resp to defts mot for a protective order. Krenzler,J. c/i 2/18/88 EB EOD 2/18/88 |
| 2/19/88 | 25(32) | MOTION of Pltf to compel disc & opp to defts' mot for a protective order quashing sub/tc w/memo. c/m 2/19/88 (9p)EB |
| 3/1/88 | 26 | NOTICE of Pltf to take the depo of Deft. P. Stajduhar on 3/4/88. c/m 3/1/88 (2p)EB |
| 3/1/88 | 27 | NOTICE of Pltf to take the depo of Glenn C. Davis, M.D. on 3/7/88. c/m 3/1/88 (4p)EB |
| 3/4/88 | 28(34) | RESPONSE of federal defts in resp to mot to compel disc and oppos to defts' mot for prot ord quashing sub duces tecum. memo/att c/m 3/3/88 (9p) vd |
| 3/4/88 | 29 (30) | MOTION (joint) for ext of time to complete disc. memo in supp c/m 3/4/88 (4p) vd |
| 3/8/88 | 30(29) | MARGINAL entry order granting mot for ext of disc cutoff but only until 5/6/88. Krenzler, J. c/i 3/8/88; VD EOD: 3/8/88 |
| 3/10/88 | 31 | ORDER granting defts' motion for protective order and overruling pltf's motion to compel. Krenzler, J. Protective Order is granted in that Kr. Ross and Dr. Cox are not the custodian of the records sought pltf will use alt means to obtain these med rec The Freedom of Ino Act does not provide defts' with a privilege from discovery in the instant case; upon review, it appears that the records are relevant to the pltf's case; disc may proceed whereby the pltf may obtain all relevant material not privlledged presently pending before the Court is a request for med rec which is overboard. The requests ask for materials which include both privileged and non priv material. Because of the presence of privileged material, disc of the entire med rec is not proper. Pltf must proceed in a manner which will not interfere with either the patient's privilege w/regard to these med rec or w/regard to the pat right to privacy.The subpoena duces tecum re-requireing Dr. Cox and Dr. Ross to provide med rec the time of their depos is quashed. Pltf's mot is overruled. (7p) vd Krenzler, J vd c/i3/10/88 EOD: 3/10/88 |
| 3/10/88 | 32(25) | MARGINAL entry order overruling motion: See Order (#31, Krenzler, J c/i 3/10/88; vd EOD: 3/10/88 |
| 3/10/88 | 33(21) | MARGINAL entry order granting protective order, See order 3/10/88 (#31) Krenzler, J. c/i 3/10/88; vd |
| | | REVERSE |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. ______ PAGE ___OF____PAGES |
|---|---|---|
| | | |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 3/14/88 | 34 | **MARGINAL** entry order that motion for protective order --granted Krenzler, J. (see order #31) c/i 3/14/88; EOD: 3/14/88 vd |
| 4/13/88 | 35 | **ORDER** scheduling post-disc pretrial on May 9, 1988 at 8:15 a.m. KRENZLER, J. (2 p) ee |
| 4/22/88 | 36 | **NOTICE** by deft to take depo of pltf on 5/6/88. c/m 4/22/88 (6p) (VD) |
| 4/29/88 | 37 | **NOTICE** (amended) by pltf to take depo of deft. P. Stadjuhar 5/5/88. c/m 4/29/88 (3 p) (VD) |
| 4/29/88 | 38 | **NOTICE** by pltf to take depo of Linda Smith (V.A. Admin) on 5/5/88 (duces tecum) c/m 4/27/88 (5 p) (VD) |
| 4/29/88 | 39 | **NOTICE** (amended) by pltf to take depo of Glenn C. Davis,MD on 5/4/88 (duces tecum) c/m 4/28/88 (5 p) (VD) |
| 4/29/88 | 40 | **NOTICE** (amended) by pltf to take depo of Eugene Thompson,MD on 5/3/88 (3 p) c/m 4/29/88 (VD) |
| 5/3/88 | 41 | **NOTICE** of apprce of Henry A. Hentemann, as attorney for deft. Eugene J. Thompson. Co-counsel w/Richard French (1 p) (VD) |
| 5/4/88 | 42 | (43) **MOTION** (joint) for ext of time to complete disc. Memo in supp; c/m 5/4/88 (5 p) (VD) |
| 5/9/88 | 43 | (42) **MARGINAL** entry order granting motion. disc period ext until 6/6/88; post disc pt will be rescheduled. Krenzler, J. c/i 5/9/88; EOD: 5/9/88 (VD) |
| 5/20/88 | 44 | **ORDER** scheduling post-disc pretrial on June 10, 1988 at 9:15 a.m. KRENZLER, J. Issd 5/20/88, EOD 5/20/88 ee |
| 5/24/88 | 45 | **PROOF** of srv by pltf of interr to defts h/d 5/24/88 (1p)vd |
| 5/24/88 | 46 | **PROOF** of srv by pltf of second req for prodctn of docmts to defts h/d 5/24/88 (1p) (VD) |
| 5/26/88 | 47 | **PROOF** of srv by pltf h/d to defts' resp to prodctn of documt 5/24/88 (2 p) h/d. 5/26/88 (VD) |
| 6/7/88 | 48 | **ORDER** vacating date for post-disc pt. Krenzler, J. c/i 6/7/88 EOD: 6/7/88 (1 p) (VD) |
| 6/28/88 | 49 | **ORDER** SCHED POST DISC PT ON 7/13/8:30 a.m. **CLIENTS MUST ATTEND** unless written auth is given to the atty to settle or dispose of the case. Krenzler, J. c/i 6/28/88 (2p) EOD: 6/28/88 (VD) |
| 7/6/88 | 50 | (51) **MOTION** of deft for cont of post-disc pt and ext of disc period c/m 7/6/88 (3 p) (VD) |
| 7/19/88 | 51 | (50) **MARGINAL Entry Order** overruling mot of deft for continuance of post-disc pretrial and granting mot to extend disc to August 26, 1988. KRENZLER, J. Issd 7/19/88, EOD 7/19/88 ee |
| 7/19/88 | 52 | **ORDER** setting disc cutoff date on August 26, 1988; dispositive motions by September 7, 1988. KRENZLER, J. Issd 7/19/88, EOD 7/19/88 (1 p) ee |
| 8/3/88 | 53 | **STIPULATION** and Order granting Deft. Eugene Thompson until 7/22/88 to ans, obj, etc disc req. Krenzler, J. issd: 8/3/88; (EOD: 8/3/88) (VD) |
| 8/23/88 | 54 | **ORDER** setting date for submission of attys' pt statements on or before October 14, 1988. Krenzler, J. issd:8/23/88 (1p) VD EOD: 8/23/88 |

next page

DC 111A
(Rev. 1/75)

Judge Krenzler

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| Kongthong, Jang, M.D. | U.S.A. | DOCKET NO. C87-2640<br>PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 8/31/88 | 55 | (56) MOTION of federal defts for ext of time to file disp mot. c/m 8/31/88 (2 p) (VD) |
| 9/6/88 | 56 | (55) MARGINAL entry order granting ext of deft (9/7/88) to file dispos mot. Krenzler, J. issd: 9/6/88 (EOD: 9/7/88) (VD) |
| 9/7/88 | 57 | (59) MOTION of pltf. for addl time to file dispos mot. w/memo in suppot. c/m 9/6/88 (5p) (VD) |
| 9/21/88 | 58 | (60) MOTION of federal defts for ext of time to file dispositive mot. (2p) c/m 9/21/88 (VD) |
| 9/27/88 | 59 | (57) MARGINAL entry order granting mot of pltf until 10/14/88, Atty statement due date of October 14, 1988--vacated. Krenzler, J. issd: 9/27/88 (EOD: 9/28/88) (VD) |
| 9/27/88 | 60 | (58) MARGINAL entry order granting until 10/14/88, to file disp mot, atty statement due date of October 14, 1988--vacated Krenzler, J. issd: 9/27/88 (EOD: 9/28/88) (VD) |
| 10/11/88 | 61 | (76) MOTION of USA for SJ. w/statement of facts in supp. c/m 10/12/88 (37p + exh ) (VD) |
| 10/12/88 | 62 | (75) MOTION of deft. Thompson to dism for lack of srv of process and lack of jurisdiction of the subject matter w/brf in supp. c/m 10/11/88 (8p) (VD) |
| 10/14/88 | 63 | (73) MOTION of pltf for SJ. Memo in supp. h/d 10/14/88 (14p) (VD) |
| 10/17/88 | 64 | (69) MOTION of pltf for addl time to oppose mot for SJ of the U.S.A. & deft Eugene Thompson's mot to dism w/memo in supp. c/m 10/17/88. (4 p & exh) (JAM) |
| 10/17/88 | 65 | NOTICE of pltf of filing of depo of Dale Simpson, M.D., Jang Kongthong, M.D. & Glenn Davis, M.D. c/m 10/17/88. (2 p) (JAM) |
| 10/17/88 | 66 | DEPOSITION of Dale McGlure Simpson, M.D. taken on behalf of pltf on 2/1/88. Fees $---. (72 p) (JAM) |
| 10/17/88 | 67 | DEPOSITION of Jang Kongthong, M.D. taken on behalf of defts on 5/19/88. Fees $---. (207 p) (JAM) |
| 10/17/88 | 68 | DEPOSITION of Glenn Davis, M.D. taken on behalf of pltf on 10/6/88. Fees $---. (138 p & exh) (JAM) |
| 11/7/88 | 69 | (64) MARGINAL entry order granting mot for ext of time to resp to disp mots. 12/12/88. Krenzler, J. issd: 11/7/88; (EOD: 11/7/88) (VD) |
| 11/8/88 | 70 | STIPULATION and Order that defts' Eugene Thompson and USA be granted lv until 11/21/88 to move or plead. Krenzler,J issd: 11/8 (EOD: 11/9) (VD) (in re: move to pld on pltf's mot for partial SJ) |
| 12/12/88 | 71 | BRIEF of pltf in opp to defts' mot for SJ and deft Thompson's mot to dismiss. c/m 12/12/88 (25 p) ee |
| 12/27/88 | 72 | STIPULATION & ord granting deft Eugene Thompson lve until 1/23/89 to move pld or obj to pltf brf in opp to mot to dism. Krenzler, J. issd 12/27/88 (1p) EOD 12/28/88 sp' |
| 4/26/89 | 73 | MEMORANDUM of opinion re: granting defts' mot for SJ, entering judg in favor of defts and against the pltf. Krenzler, J. Issd 4/28/89 (EOD 4/28/89) (16 p) gw |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. ______ PAGE ___ OF ___ PAGES |
|---|---|---|

| DATE | NR. | | PROCEEDINGS |
|---|---|---|---|
| 4/26/89 | 74 | | **JUDGMENT** Ord granting defts' mot for SJ & enters judgment for defts & against pltf as to all issues. Pltf to pay costs. Krenzler, J. Issd 4/28/89 (EOD 4/28/89) (1 p) gw |
| 4/28/89 | 75 | (62) | **MARGINAL** Ent Ord - see Ord of 4/26/89. Krenzler, J. Issd 4/28/89 (EOD 4/28/89) (1 p) gw |
| 4/28/89 | 76 | (61) | **MARGINAL** ent Ord granting mot of defts for SJ - See Order of 4/26/89. Krenzler, J. Issd 4/28/89 (EOD 4/28/89) (1 p) gw |
| 5/8/89 | 77 | (81) | **MOTION** of pltf to alter or amd judg of 4/26/89 w/memo in supp. c/m 5/8/89 (12 p & exhs) gw |
| 5/17/89 | 78 | | **ORDER** denying stip of ptys for ext of time for defts Eugene Thompson and USA to plead to mot to amd judg.. KRENZLER, J. Issd 5/17/89 (EOD 5/17/89) (1 p) gw |
| 5/18/89 | 79 | (82) | **MOTION** of deft for ext of time to resp to pltf's mot to alter or amd judg. c/m 5/18/89 (2 p) gw |
| 5/19/89 | 80 | (83) | **MOTION** of deft Eugene Thompson for ext of time to resp to pltf's mot to alter or amd judg. c/m 5/17/89 (2 p) gw |
| 5/22/89 | 81 | (77) | **MARGINAL** Ent Ord overruling mot of pltf's to alter or amd judg of 4/26/89. KRENZLER, J. Issd 5/22/89 (EOD 5/23/89) (1 p) gw |
| 5/25/89 | 82 | (79) | **MARGINAL** Ent Ord overruling mot of deft for ext of time to resp to pltf's mot to alter or amd judg. KRENZLER, J. Issd 5/25/89 (EOD 5/25/89) (1 p) gw |
| 5/25/89 | 83 | (80) | **MARGINAL** Ent Ord overruling mot of deft Eugene Thompson for ext of time to resp to pltf's mot to alter or amd jdug. KRENZLER, J. Issd 5/25/89 (EOD 5/25/89) (1 p) gw |